# IN THE SUPREME COURT OF THE STATE OF NEVADA

DENNIS WAYNE MCDONALD,
Appellant,
vs.
CARRIE J. MCDONALD,
Respondent.

No. 69498

**FILED**

MAR 0 1 2016



## ORDER DISMISSING APPEAL

This appeal was docketed in this court on December 31, 2015, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _Maui l. Lindem_

cc:    Hon. Charles J. Hoskin, District Judge, Family Court Division
Dennis Wayne McDonald
Page Law Office
Eighth District Court Clerk

16-06619